UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Attorneys for Debtor

Order Filed on February 8, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Napoleon Acosta

Case No.: 17-25849

Chapter: 13

Judge: SLM

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 8, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____1,857.10_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,857.10_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*