| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>Counsel to Debtor | Order Filed on October 30,<br>2018 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>Napoleon E. Acosta,<br><br>                                      Debtor. | Case No.:<br>Chapter:<br>Judge: | __17-25849 (SLM)__<br>__13__<br>__Stacey L. Meisel__ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 30, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____08/06/2018_____ :

Property:   43 Hope Street, Lodi, New Jersey 07644

Creditor:   Specialized Loan Servicing

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by ____the Debtor____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/21/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*