UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel to Debtor

**Order Filed on April 29, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Napoleon E. Acosta,

Debtor.

| | |
|---|---|
| Case No.: | 17-25849 |
| Chapter: | 13 |
| Judge: | SLM |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 29, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/30/2018_____ :

Property:    43 Hope Street, Lodi, New Jersey 07644

Creditor:    Specialized Loan Servicing

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____07/22/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*