UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scura, Wigfield, Heyer,
 Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel to Debtor

**Order Filed on July 26, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

 Napoleon E. Acosta,

                              Debtor.

Case No.:        17-25849 (SLM)

Chapter:                13

Judge:         Stacey L. Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 10/30/2018 _____ :

Property: _____ 43 Hope Street, Lodi, New Jersey 07644 _____

Creditor: _____ Specialized Loan Servicing _____

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____ the Debtor _____ , and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 10/21/2019 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*