Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25849−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Napoleon E. Acosta
   43 Hope Street
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−4792

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/11/19 at 10:00 AM

to consider and act upon the following:

**74** − Application for Extension of Loss Mitigation Period. Filed by David L. Stevens on behalf of Napoleon E. Acosta. Objection deadline is 10/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Stevens, David)

**77** − Objection to (related document:74 Application for Extension of Loss Mitigation Period. Filed by David L. Stevens on behalf of Napoleon E. Acosta. Objection deadline is 10/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Napoleon E. Acosta) filed by Denise E. Carlon on behalf of Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006−7, Home Equity Pass− Through Certificates, Series 2006−7, U.S. Bank National Association, as Trustee. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Carlon, Denise)

Dated: 10/25/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court