UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Attorneys for Debtor

**Order Filed on November 20, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Napoleon Acosta

Case No.: 17-25849-SLM

Chapter: 13

Judge: Stacey L Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 20, 2019**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $  2,377.50  for services rendered and expenses in the amount of $  13.59  for a total of $  2,391.09 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $  n/a  per month for  n/a  months to allow for payment of the above fee.

\* Compensation to be paid from funds already paid into the Chapter 13 Plan and presently held by the Chapter 13 Trustee.

*rev.8/1/15*