| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>Telephone: (973) 696-8391<br>David Stevens, Esq.<br>Dstevens@scura.com<br>*Attorneys for Debtor* | Order Filed on August 18, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>NAPOLEON ACOSTA,<br><br>DEBTOR | Case No.: 17-25849<br><br>Chapter 13<br><br>Judge: Hon. Stacey L. Meisel |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 18, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Scura, Wigfield, Heyer, Stevens & Cammarota, LLP (the "Applicant") having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised or any objections are resolved with entry of this order;  it is:

IT IS THEREFORE ORDERED that the Applicant is allowed is a fee of $3,862.50 for services rendered and expenses in the amount of $11.88, of which $1,954.53 is being held by the Standing Chapter 13 Trustee.

IT IS THEREFORE FURTHER ORDERED, the allowance of $1,954.53 shall be paid to our office, with the remaining $1,919.85 to be paid,

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The Debtor's monthly plan is modified to require a payment of $ n/a  per month for n/a  months to allow for payment of the above fee.