| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>Telephone: (973) 696-8391<br>David Stevens, Esq.<br>Dstevens@scura.com<br>*Attorneys for Debtor* | Order Filed on August 18, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>NAPOLEON ACOSTA,<br><br>                DEBTOR | Case No.: 17-25849<br><br>Chapter 13<br><br>Judge: Hon. Stacey L. Meisel |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 18, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Scura, Wigfield, Heyer, Stevens & Cammarota, LLP (the "Applicant") having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised or any objections are resolved with entry of this order; it is:

IT IS THEREFORE ORDERED that the Applicant is allowed is a fee of $3,862.50 for services rendered and expenses in the amount of $11.88, of which $1,954.53 is being held by the Standing Chapter 13 Trustee.

IT IS THEREFORE FURTHER ORDERED, the allowance of $1,954.53 shall be paid to our office, with the remaining $1,919.85 to be paid,

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The Debtor's monthly plan is modified to require a payment of $ n/a  per month for n/a  months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Napoleon E. Acosta  
    Debtor

Case No. 17-25849-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 18, 2020  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.  
db          +Napoleon E. Acosta,   43 Hope Street,   Lodi, NJ 07644-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:

       David L. Stevens    on behalf of Debtor Napoleon E. Acosta dstevens@scura.com,  
        ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-7, Home Equity Pass- Through Certificates, Series 2006-7, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Marie-Ann   Greenberg     magecf@magtrustee.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                TOTAL: 4