| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on February 11, 2021**<br>**by Clerk,**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>   NAPOLEON E. ACOSTA | Case No.:  17-25849 SLM<br><br>Hearing Date:  2/10/2021 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 11, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): NAPOLEON E. ACOSTA

Case No.: 17-25849

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/10/2021 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 2/24/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br>     NAPOLEON E. ACOSTA |

Case No.:  17-25849 SLM

Hearing Date:  2/10/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): NAPOLEON E. ACOSTA

Case No.: 17-25849

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/10/2021 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 2/24/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

Page 2 of 2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-25849-SLM

Napoleon E. Acosta  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Feb 11, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Napoleon E. Acosta, 43 Hope Street, Lodi, NJ 07644-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

**Name**    **Email Address**

David L. Stevens
    on behalf of Debtor Napoleon E. Acosta dstevens@scura.com
    ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. Home Equity Asset Trust 2006-7, Home Equity Pass-Through Certificates, Series 2006-7, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5